BOARD OF TRUSTEES OF MISSOULA COUNTY HIGH SCHOOL, RELATOR, v. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF MISSOULA, AND THE HONORABLE EDWARD T. DUSSAULT, JUDGE THEREOF, RESPONDENTS.

No. 13634.
Dec. 8, 1976.
560 P.2d 141.

Larry E. Riley (argued ex parte), Missoula, for relator.

## ORDER

PER CURIAM:

Relator applies for an appropriate writ to require the respondent district court to dismiss the action set forth and described in the petition in the above numbered original proceeding.

Counsel was heard ex parte and the matter taken under advisement.

The Court now having further considered the matter and being advised, orders that the relief sought be denied.

This proceeding is ordered dismissed.